No. 865. EL PUEBLO, APELADO, *v.* MÉNDEZ, APELANTE.— Acometimiento y agresión grave. Aguadilla. Diciembre 2, 1915. *Confirmada la sentencia.*

———

No. 931. EL PUEBLO, APELADO, *v.* GONZÁLEZ, APELANTE.— Portar armas. Humacao. Diciembre 3, 1915. *Confirmada la sentencia pero modificada condenando al acusado a $50 de multa o un día de cárcel por dólar.*

———

No. 1427. GARCÍA, APELADO, *v.* GARCÍA, APELANTE.—Dominio. San Juan, Sección 1ª. Diciembre 7, 1915. *Desestimada la apelación.*

———

No. 937. EL PUEBLO, APELADO, *v.* NIEVES ET AL., APELANTES.—Acometimiento y agresión con agravantes. Humacao. Diciembre 7, 1915. *Confirmada la sentencia.*

———

No. 1306. SANTI, APELANTE, *v.* CRUZ, APELADA.—Dominio. Ponce. Diciembre 8, 1915. *Desestimada la apelación.*

———

No. 820. EL PUEBLO, APELADO, *v.* HERNÁNDEZ, APELANTE.— Atentado a la vida. Aguadilla. Diciembre 9, 1915. *Confirmada la sentencia.*

———

No. 923. EL PUEBLO, APELADO, *v.* MUÑOZ, APELANTE.—Abuso de confianza.

No. 924. EL PUEBLO, APELADO, *v.* MUÑOZ, APELANTE.—Falsa representación.

No. 926. EL PUEBLO, APELADO, *v.* MUÑOZ, APELANTE.—Abuso de confianza.